In the Matter of the Judicial Settlement of the Accounts of HAROLD HOROWITZ and OTTO MACON, as Coexecutors, etc., of MARY SAPERSTONE, Deceased.— Motion for reargument denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

CLIFFORD R. DENTON, Respondent, v. BUFFALO PIPE LINE CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Taylor and Dowling, JJ.

WILLIAM G. STEDMAN, Respondent, v. J. STEWART GLASGOW, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. YOUELL, Appellant, v. WILLIAM HUNT, Warden of Attica State Prison, Attica, New York, Respondent.—Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ. [See *ante*, p. 846.]